**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 07-cv-00350-REB-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **(consolidated with 07-cv-00591-REB-CBS)** | |
| **Date: July 30, 2007** | **Courtroom Deputy:** Ben Van Dyke |

| | |
|---|---|
| JDB MEDICAL INC., | John D. Martin |
| a California corporation, *et al.,* | |
| **Plaintiffs,** | |
| v. | |
| THE SORIN GROUP, | Daniel D. Williams |
| S.p.A. an Italian entity of unknown form, *et al.,* | Laura A. Hutchings |
| | Neal S. Cohen |
| **Defendants.** | |

**Civil Action: 07-cv-00591-REB-CBS**

| | |
|---|---|
| FLINT MEDICAL, INC., | Andy Gibbs |
| a California corporation, *et al.*, | |
| **Plaintiffs,** | |
| v. | |
| ELA MEDICAL, INC., | Daniel D. Williams |
| a Delaware corporation, *et al.,* | Laura A. Hutchings |
| | Neal S. Cohen |
| **Defendants.** | |

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   MOTIONS HEARING**
**Court in Session:     4:05 p.m.**
Court calls case.  Appearances of counsel.

**ORDERED:** The Beeton Parties' Motion for Leave to File First Amended Complaint to (1) Add a Claim Against Defendant Sorin for Intentional Interference with Contract and (2) Amend Certain Existing Claims to Add a Request for Exemplary Damages [filed June 11, 2007; doc. 39] is granted in part and denied in part for the reasons stated on the record. The motion is granted to allow the complaint to be amended to add the intentional interference with contract claims. The motion is denied without prejudice with regard to the exemplary damages claims. Counsel for the Beeton parties shall file the amended complaint consistent with the ruling on the record by July 31, 2007.

**ORDERED:** The Motion by Flint Medical, Inc. and Keith Flint for Leave to File Second Amended Complaint to Add Additional Intentional Interference with Contract Claims and Request for Exemplary Damages [filed June 11, 2007; doc. 40] is granted in part and denied in part for the reasons stated on the record. The motion is granted to allow the complaint to be amended to add the intentional interference with contract claims. The motion is denied without prejudice with regard to the exemplary damages claims. Counsel for Flint Medical, Inc. and Keith Flint shall file the amended complaint consistent with the ruling on the record by July 31, 2007.

**ORDERED:** The plaintiffs shall have until August 31, 2007 to amend the complaint to add requests for exemplary damages.

**ORDERED:** The Motion for Leave to File Under Seal a Supplement to the Beeton Parties' Motion for Leave to File First Amended Complaint Based on Document Recently Received from Defendants [filed June 29, 2007; doc. 47]; Defendants' Motion for Leave to File Under Seal a Response to the Supplement to the Beeton Parties' Motion for Leave to File First Amended Complaint [filed July 12, 2007; doc. 59]; and the Motion for Leave to File Under Seal the Beeton Parties' Reply Brief in Support of Motion for Leave to File First Amended Complaint [filed July 17, 2007; doc. 63] are taken under advisement. Counsel shall contact Magistrate Judge Shaffer's chambers on August 1, 2007 to state whether these motions are moot. If the motions are not moot, counsel shall file briefs regarding the motions by close of business on August 3, 2007.

**ORDERED:** The Unopposed Motion for Enlargement of Time to Respond to Complaint and Jury Demand Pursuant to D.C.COLO.LCivR 6.1(A) [filed July 18, 2007; doc. 69] is granted.

HEARING CONCLUDED.

**Court in Recess:**     5:23 p.m.
Total In-Court Time:     01:18