IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07-cv-00350-REB-CBS

JDB MEDICAL, INC.,
a California corporation, and
JAMES D. BEETON,
an individual,

      Plaintiffs,

v.

THE SORIN GROUP, S.p.A.,
an Italian entity of unknown form, and
ELA MEDICAL, INC.,
a Delaware corporation.

      Defendants.

---

Civil Action No. 07–cv–00591–REB–CBS

FLINT MEDICAL, INC.,
a California corporation, and
KEITH FLINT,
an individual,

      Plaintiffs,

v.

ELA MEDICAL, INC.,
a Delaware corporation,
THE SORIN GROUP, S.p.A.,
an Italian entity of unknown form, and
DOES 1 THROUGH 10, inclusive,

      Defendants.

---

**MINUTE ORDER**

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

IT IS HEREBY ORDERED that the parties' Stipulated Motion to Modify Scheduling Order (*doc. no. 82)* is **GRANTED**.  The scheduling order is modified as follows:

1. Deadline for Rule 26(a)(2) AFFIRMATIVE expert disclosures is extended to **October 1, 2007**;
2. Deadline for Rule 26(a)(2) REBUTTAL expert disclosures is extended to **October 31, 2007**; and
3. Deadline to depose rebuttal experts is extended to **November 30, 2007**.

IT IS FURTHER ORDERED that based upon telephonic representations made by counsel on August 1, 2007 and in accordance with the comments made during the hearing on July 30, 2007, the following motions to seal are **DENIED**, as withdrawn and the requested documents shall be UNSEALED:

1. Motion for Leave to File Under Seal a Supplement to the Beeton Parties' Motion for Leave to File First Amended Complaint Based on Document Recently Received from Defendants *(doc. no. 47)*;
2. Defendants' Motion for Leave to File Under Seal a Response to the Supplement to the Beeton Parties' Motion for Leave to File First Amended Complaint (doc. no. 59); and
3. Motion for Leave to File Under Seal the Beeton Parties' Reply Brief in Support of Motion for Leave to File First Amended Complaint *(doc. no. 63)*.

**DATED:**    August 13, 2007