IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07-cv-00350-REB-CBS

JDB MEDICAL, INC.,
a California corporation, and
JAMES D. BEETON,
an individual,

      Plaintiffs,

v.

THE SORIN GROUP, S.p.A.,
an Italian entity of unknown form, and
ELA MEDICAL, INC.,
a Delaware corporation.

      Defendants.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

      IT IS HEREBY ORDERED that the Motion for Issuance of a Letter of Request for the Examination of Witness (*doc. no. 71)* is **GRANTED**.

**DATED:**     August 21, 2007