**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 07-cv-00350-REB-CBS

JDB MEDICAL, INC., a California corporation, and
JAMES D. BEETON, an individual,

       Plaintiffs,

v.

THE SORIN GROUP, S.p.A. an Italian entity of unknown form, and
ELA MEDICAL, INC., a Delaware corporation,

       Defendants.

Civil Action No. 07-cv-00591-REB-CBS

FLINT MEDICAL, INC., a California corporation, and
KEITH FLINT, an individual,

       Plaintiffs,

v.

ELA MEDICAL, INC., a Delaware corporation,
THE SORIN GROUP, S.p.A. an Italian entity of unknown form, and
DOES 1 THROUGH 10, inclusive,

       Defendants.

**MINUTE ORDER**[1]

       The matter comes before the court on the plaintiffs' **Motion for Leave To File a Sur-Reply To Address Recent Tenth Circuit Authority Dispositive of Defendant's Motion for Partial Summary Judgment** [#111], filed September 26, 2007.  The motion is **GRANTED**, and the **Sur-Reply in Opposition To ELA Medical, Inc's Motion for Partial Summary Judgment [#80]**, filed as an attachment to the motion, is accepted for filing.

       Dated:  September 26, 2007

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.