IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07-cv-00350-REB-CBS

JDB MEDICAL, INC.,
a California corporation, and
JAMES D. BEETON,
an individual,

       Plaintiffs,

v.

THE SORIN GROUP, S.p.A.,
an Italian entity of unknown form, and
ELA MEDICAL, INC.,
a Delaware corporation.

       Defendants.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

     IT IS HEREBY ORDERED that Plaintiffs' Motion for Leave to File Second Amended Complaint to Amend Certain Existing Claims to Add a Request for Exemplary Damages (*doc. no. 102*) and Plaintiffs' Motion by Flint Medical, LLC and Keith Flint for Leave to File Third Amended Complaint to Request Exemplary Damages (*doc. no. 103*) are **GRANTED**.  As of the date of this order, the Clerk's office is instructed to accept for filing, the Second Amended Complaint and Jury Demand (*doc no. 103-2*) tendered to the court on August 31, 2007.

     IT IS FURTHER ORDERED that the hearing set for October 17, 2007 is **VACATED**.

**DATED:**     October 12, 2007