**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 07-cv-00350-REB-CBS

JDB MEDICAL, INC., a California corporation, and
JAMES D. BEETON, an individual,

    Plaintiffs,

v.

THE SORIN GROUP, S.p.A. an Italian entity of unknown form, and
ELA MEDICAL, INC., a Delaware corporation,

    Defendants.

---

Civil Action No. 07-cv-00591-REB-CBS

FLINT MEDICAL, INC., a California corporation, and
KEITH FLINT, an individual,

    Plaintiffs,

v.

ELA MEDICAL, INC., a Delaware corporation,
THE SORIN GROUP, S.p.A. an Italian entity of unknown form, and
DOES 1 THROUGH 10, inclusive,

    Defendants.

---

**MINUTE ORDER**[1]

The matter comes before the court on the defendant ELA Medical, Inc.s' **Motion for Permission To File Response To Surreply Concerning Motion for Partial Summary Judgment** [#124], filed October 16, 2007. The motion is **GRANTED**, and the **Response To Surreply Concerning ELA Medical, Inc.'s Motion for Partial Summary Judgment**, attached as an exhibit to the motion for permission, is accepted for filing.

    Dated: October 17, 2007

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.