IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07-cv-00350-REB-CBS

JDB MEDICAL, INC.,
a California corporation, and
JAMES D. BEETON,
an individual,

      Plaintiffs,

v.

THE SORIN GROUP, S.p.A.,
an Italian entity of unknown form, and
ELA MEDICAL, INC.,
a Delaware corporation.

      Defendants.

---

Civil Action No. 07–cv–00591–REB–CBS

FLINT MEDICAL, INC.,
a California corporation, and
KEITH FLINT,
an individual,

      Plaintiffs,

v.

ELA MEDICAL, INC.,
a Delaware corporation,
THE SORIN GROUP, S.p.A.,
an Italian entity of unknown form, and
DOES 1 THROUGH 10, inclusive,

      Defendants.

---

**MINUTE ORDER**

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

IT IS HEREBY ORDERED that the Stipulated Motion to Extend Deadlines (*doc. no. 122)* is **GRANTED**. The pretrial deadlines are modified as follows:

1. Deadline to complete fact discovery, except as provided below is extended to **November 21, 2007**;

2. Deadline to provide rebuttal expert disclosures is extended to **December 14, 2007**;

3. Deadline to depose experts is extended to **January 25, 2008**;

4. Deadline to file motions for summary judgment is extended to **January 31, 2008**; and

5. Deadline to file F.R.E. 702 motions is extended to **February 28, 2008**.

**DATED:**     October 24, 2007