# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Civil Action No. 07-cv-00350-REB-CBS

JDB MEDICAL, INC., a California corporation, and
JAMES D. BEETON, an individual,

     Plaintiffs,

v.

THE SORIN GROUP, S.p.A. an Italian entity of unknown form, and
ELA MEDICAL, INC., a Delaware corporation,

     Defendants.

---

Civil Action No. 07-cv-00591-REB-CBS

FLINT MEDICAL, INC., a California corporation, and
KEITH FLINT, an individual,

     Plaintiffs,

v.

ELA MEDICAL, INC., a Delaware corporation,
THE SORIN GROUP, S.p.A. an Italian entity of unknown form, and
DOES 1 THROUGH 10, inclusive,

     Defendants.

---

## MINUTE ORDER[1]

---

The matter before the court is the plaintiffs' **Motion For Clarification of Page Limits For Summary Judgment and Rule 702 Motions** [#150], filed March 12, 2008. The motion is **GRANTED**. The Beeton parties' response to the **Defendants' Joint Motion For Partial Summary Judgment** [#149], filed February 29, 2008, may be up to

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

25 pages long.  The Beeton parties' response to the **Defendants' Rule 702 Motion To Exclude Plaintiffs' Experts** [#148], filed February 28, 2008, may be up to 15 pages long.  The same page limitations shall be applicable to the other group of plaintiffs, the Flint parties.

       Dated:  March 14, 2008