IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00350-REB-CBS

JDB MEDICAL, INC., a California corporation, and
JAMES D. BEETON, an individual,

Plaintiffs,

v.

THE SORIN GROUP, S.p.A., an Italian entity of unknown form, and
ELA MEDICAL, INC., a Delaware corporation,

Defendants.
_____

Civil Action No. 07-cv-00591-REB-CBS

FLINT MEDICAL, INC., a California corporation, and
KEITH FLINT, an individual,

Plaintiffs,

v.

ELA MEDICAL, INC., a Delaware corporation,
THE SORIN GROUP, S.p.A., an Italian entity of unknown form, and
DOES 1 THROUGH 10, inclusive,

Defendants.
_____

**ORDER RE UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL OF THE FLINT PARTIES' FIRST CAUSE OF ACTION FOR VIOLATION OF THE INDEPENDENT WHOLESALE SALES REPRESENTATIVE CONTRACTUAL RELATIONS ACT AND THE EIGHTH CAUSE OF ACTION FOR UNJUST ENRICHMENT/QUANTUM MERUIT**
_____

1

THIS MATTER having come before the Court on an Unopposed Motion for Voluntary Dismissal of the Flint Parties' First Cause Of Action for Violation of the Independent Wholesale Sales Representative Contractual Relations Act and the Eighth Cause Of Action for Unjust Enrichment/Quantum Meruit,

THE COURT HEREBY ORDERS that the Unopposed Motion for Voluntary Dismissal of the Flint Parties' First Cause of Action for Violation of the Independent Wholesale Sales Representative Contractual Relations Act and The Eighth Cause Of Action For Unjust Enrichment/Quantum Meruit is granted.

The Flint Parties' First and Eighth Causes of Action for Violation of the Independent Wholesale Sales Representative Contractual Relations Act and Unjust Enrichment/Quantum Meruit respectively are dismissed with prejudice as of the date of this Order, with each side to bear their own costs and attorneys fees. Nothing in this Order shall be construed to affect any entitlement to attorneys' fees and costs with respect to Plaintiffs' remaining claims, nor shall it be construed to affect Defendants' claim for indemnification of attorneys' fees and costs from the Beeton Parties.

Dated May 20, 2008, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**