**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 07-cv-00350-REB-CBS

JDB MEDICAL, INC., a California corporation, and
JAMES D. BEETON, an individual,

      Plaintiffs,

v.

THE SORIN GROUP, S.p.A. an Italian entity of unknown form, and
ELA MEDICAL, INC., a Delaware corporation,

      Defendants.

Civil Action No. 07-cv-00591-REB-CBS

FLINT MEDICAL, INC., a California corporation, and
KEITH FLINT, an individual,

      Plaintiffs,

v.

ELA MEDICAL, INC., a Delaware corporation,
THE SORIN GROUP, S.p.A. an Italian entity of unknown form, and
DOES 1 THROUGH 10, inclusive,

      Defendants.

## ORDER APPROVING JUROR QUESTIONNAIRE

**Blackburn, J.**

      The attached **Juror Questionnaire** is approved for use in the trial of this case.

      **THEREFORE, IT IS ORDERED** that a copy of the attached **Juror Questionnaire** shall

be given to and completed by each prospective juror reporting for service in the trial of this

case.

      Dated June 25, 2008 at Denver, Colorado.

                         **BY THE COURT:**

                         **s/ Robert E. Blackburn**
                         **Robert E. Blackburn**
                         **United States District Judge**