IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 07-cv-00350-REB-CBS

JDB MEDICAL, INC., a California corporation, and
JAMES D. BEETON, an individual,

    Plaintiffs,

v.

THE SORIN GROUP, S.p.A. an Italian entity of unknown form, and
ELA MEDICAL, INC., a Delaware corporation,

    Defendants.

---

Civil Action No. 07-cv-00591-REB-CBS

FLINT MEDICAL, INC., a California corporation, and
KEITH FLINT, an individual,

    Plaintiffs,

v.

ELA MEDICAL, INC., a Delaware corporation,
THE SORIN GROUP, S.p.A. an Italian entity of unknown form, and
DOES 1 THROUGH 10, inclusive,

    Defendants.

---

## ORDER OF DISMISSAL
## OF CIVIL ACTION NOS. 07-cv-00350-REB-CBS & 07-cv-00591-REB-CBS

**Blackburn, J.**

    The matter comes before the court on the parties' **Stipulation of Dismissal** [#282] filed August 19, 2008, in civil action No. 07-cv-00350-REB-CBS, *Flint Medical, Inc., et al. v. ELA Medical, Inc., et al.* After reviewing the stipulation and the file, the court has concluded that the stipulation should be approved and that civil action Nos. 07-cv-00350-

REB-CBS (the lead case) and 07-cv-00591-REB-CBS (the consolidated case) should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation of Dismissal** [#282] filed August 19, 2008, in civil action No. 07-cv-00350-REB-CBS, ***JDB Medical, Inc., et al. v. The Sorin Group, S.p.A, et al.*** is **APPROVED**;

2. That civil action Nos. 07-cv-00350-REB-CBS and 07-cv-00591-REB-CBS, are **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs

Dated August 20, 2008, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**